UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20885-CR-GRAHAM(s)

UNITED STATES OF AMERICA

vs.

**WOLF OBIN,**

       Defendant.
_____/

## VERDICT

We, the Jury, unanimously find the Defendant, **Wolf Obin,** as to Count One of the Indictment:

    NOT GUILTY _____      GUILTY __✓__

We, the Jury, unanimously find the Defendant, **Wolf Obin,** as to Count Two of the Indictment:

    NOT GUILTY _____      GUILTY __✓__

We, the Jury, unanimously find the Defendant, **Wolf Obin,** as to Count Three of the Indictment:

    NOT GUILTY _____      GUILTY __✓__

We, the Jury, unanimously find the Defendant, **Wolf Obin,** as to Count Four of the Indictment:

    NOT GUILTY _____      GUILTY __✓__

We, the Jury, unanimously find the Defendant, **Wolf Obin,** as to Count Five of the Indictment:

    NOT GUILTY _____      GUILTY __✓__

**SO SAY WE ALL.**

_____
Foreperson's Signature

10/14/16  4:27 p.m.
Date and Time